**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KEITH GREEN**<br>7012 Landsdale Street<br>District Heights, Maryland 20747<br><br>*Plaintiff*,<br><br>v.<br><br>**HUNTER J. HRAB**<br>25 W. Glebe Road, Apt. B8<br>Alexandria, Virginia 22305<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:23-cv-00202<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

COMES NOW, Plaintiff Keith Green ("Plaintiff"), by and through undersigned counsel, and files this Complaint against the Defendant Hunter J. Hrab ("Defendant") on the grounds and in the amount set forth as follows:

## INTRODUCTION

This is an action by the Plaintiff, Keith Green, (herein after referred to as "Plaintiff") against the Defendant, Hunter J. Hrab (herein after referred to as "Defendant") for personal injuries and other related damages sustained by Plaintiff as the result of a motor vehicle collision that occurred on or about May 20, 2022.

## PARTIES

1. At all times relevant to this action, Plaintiff Keith Green is an adult resident of the State of Maryland.

2. At all times relevant to this action, Defendant Hunter J. Hrab is an adult resident of the Commonwealth of Virginia.

**JURISDICTION & VENUE**

3. This Court has jurisdiction of the causes of action alleged in this Complaint pursuant to 28 U.S.C. § 1332 as complete diversity exists between the parties and the amount in controversy exceeds $75,000.00.

**ADDITIONAL FACTS APPLICABLE TO ALL COUNTS**

4. On or about May 20, 2022, Plaintiff Keith Green was operating a motor vehicle westbound on K Street, NW, at or near its intersection with Connecticut Avenue, NW, in Washington, D.C.

5. On the same date and time, Defendant Hunter J. hrab was operating a motor vehicle eastbound on K Street, NW, at or near its intersection with Connecticut Avenue, NW, in Washington, D.C.

6. Suddenly and without warning, Defendant crossed the double-yellow highway dividing lines and turned his vehicle left into the path of the Plaintiff's vehicle, thereby causing a collision, and further causing the Plaintiff to sustain serious personal injuries and other harms described herein.

7. The Plaintiff neither caused nor contributed to the collision or his injuries.

8. Following the collision, Plaintiff received medical treatment from various medical providers in the Washington, DC area for the injuries directly and proximately caused in the subject motor vehicle collision.

**COUNT I – NEGLIGENCE**

9. Plaintiff re-alleges, adopts and incorporates herein by reference all preceding paragraphs as if fully set forth herein.

10. Defendant owed Plaintiff a duty of care to responsibly operate his motor vehicle in accordance with District of Columbia law and to avoid colliding with other vehicles.

11. Defendant breached his aforesaid duty of care to Plaintiff by operating his motor vehicle in a careless and negligent manner, and was further negligent in the following particulars:

(a) Failing to observe other vehicles on the roadway;

(b) Failing to slow or stop the vehicle he was operating so as to avoid a collision;

(c) Failing to maintain and stop the vehicle he was operating within the assured clear distance ahead in violation applicable law;

(d) Failing to apply the brakes to the vehicle he was operating or take other evasive action to avoid the collision;

(e) Failing to maintain adequate control of the vehicle he was operating in order to avoid a collision;

(f) Moving his vehicle when not safe to do so in violation of applicable law;

(g) Operating his vehicle in careless disregard for the safety of persons and/or property in violation of applicable law;

(h) Failing to keep his vehicle under proper and adequate control so as not to expose other users to an unreasonable risk of harm;

(i) Operating his vehicle too fast for the conditions existing at the aforesaid time and place in violation of applicable law;

(j) Failing to keep alert and maintain a proper lookout for the presence of other motor vehicles on the streets and highways;

(k) Exceeding the applicable maximum speed limits in violation of applicable law;

    (l)    In operating the vehicle so as to create a dangerous situation for other vehicles on the roadway;

    (m)    Failing to stay alert to traffic;

    (n)    Failing to keep her eyes on the roadway;

    (o)    Failing to yield the right-of-way;

    (p)    Failing to maintain proper lane;

    (q)    Failed to maintain right of center; and

    (r)    Otherwise operating his vehicle at an unsafe speed and in a careless and negligent manner.

12.    As a direct and proximate result of Defendant's aforesaid breach of his duty of care, Defendant struck Plaintiff, thereby causing Plaintiff to suffer personal injuries, pain and suffering, and other pecuniary and non-economic losses.

13.    As a direct and proximate result of Defendant's aforesaid breach of his duty of care, Plaintiff incurred medical and related expenses, transportation costs, loss of time and enjoyment from his usual and customary leisure and recreational activities, and other non-economic losses.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Keith Green demands judgment from and against Defendant Hunter J. Hrab in the amount of ONE MILLION DOLLARS ($1,000,000) in compensatory damages, plus interest, costs, and such further relief as the Court may find just and reasonable.

Dated: January 25, 2023

                                              Respectfully submitted,

                                              /S/ KEVIN J. ZWISLER
Kevin J. Zwisler, Esq. [1671887]
Bradley W. Hines, Esq. [1013087]
Michael W. Slocumb, Esq. [988438]
SLOCUMB LAW FIRM, LLC
1225 I Street NW
Suite 550A
Washington, D.C. 20005
Tel: (202) 737-4141
Fax: (202) 517-1501
kzwisler@slocumblaw.com

*Counsel for Plaintiff*

5